

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | 1:15 CR 229 |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | JUDGE GAUGHAN |
| CRISTI M. WELLEN, ) | Title 18, Sections 1703 and 1708, |
| ) | United States Code |
| Defendant. ) | |

COUNT 1

The Grand Jury charges:

From the period of on or about February 19, 2014 to on or about May 7, 2014, in the Northern District of Ohio, the defendant, CRISTI M. WELLEN, did knowingly steal and take from and out of an authorized depository for mail matter, items contained in the mail, to wit: the defendant removed cash from numerous first class mail stamped envelopes, addressed to various known individuals, while working at the United States Post Office Cleveland Processing and Distribution Center, in violation of Title 18, United States Code, Section 1708.

## COUNT 2

The Grand Jury further charges:

On or about May 7, 2014, in the Northern District of Ohio, the defendant, CRISTI M. WELLEN, being a United States Postal Service employee, and without authority, did open mail not directed to her, in violation of Title 18, United States Code, Section 1703(b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.